IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| TERESA CROSSON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:16-CV-00532-RAS-CAN |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 17, 2019, the report of the magistrate judge (Dkt. #29) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Attorney's Fees under 406(b) of the Social Security Act (Dkt. #27) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Attorney's Fees under 406(b) of the Social Security Act (Dkt. #27) is **GRANTED**. Plaintiff's attorney is awarded a fee in the amount of $25,000.00, to be paid from Plaintiff's past due benefits being withheld by the Commissioner for attorney fees. Upon receipt of such payment, Plaintiff's attorney shall refund to Plaintiff the EAJA award previously granted in this cause.

**SIGNED this the 31st day of January, 2020.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE